UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHASE WELLS, | Case No. 3:26-cv-00302-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| NETHANJAH BRIETENBACH, | |
| Respondent. | |

Petitioner Chase Wells has filed a motion for an extension of time to file his response to the Order to Show Cause. (ECF No. 6 ("Motion").) This is Wells's first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 6) is granted. Wells has up to and including June 30, 2026, to file his response.

DATED THIS 29th Day of May 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE